# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 133 MAL 2016

            Respondent           :

                                     :    Petition for Allowance of Appeal from
                                     :    the Order of the Superior Court

               v.                    :

JAMES O. PRESGRAVES, III,            :

             Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.